**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Alberto Noriega, Plaintiff | Case No. 1:17-cv-1831 |
| v. | The Honorable Amy J. St. Eve |
| K&B of Berwyn Inc. (d/b/a Taco Yo) and Jesus Jimenez, individually, Defendants | |

**ORDER OF DEFAULT**

This matter coming before the Court for a prove-up of plaintiff Alberto Noriega's damages following an entry of an Order of Default against defendant K&B of Berwyn Inc. (d/b/a Taco Yo) and Jesus Jimenez, individually, notice having been given to defendants, and the Court having reviewed the Declarations of plaintiff and his counsel,

IT IS HEREBY ORDERED that plaintiff Alberto Noriega's Motion for Default and Prove-Up of Damages against defendants K&B of Berwyn Inc. (d/b/a Taco Yo) and Jesus Jimenez, individually, is granted and defendants K&B of Berwyn Inc. (d/b/a Taco Yo) and Jesus Jimenez, individually, are liable, jointly and severally, for the following awards:

1. Plaintiff Alberto Noriega is awarded Judgment against defendants K&B of Berwyn Inc. (d/b/a Taco Yo) and Jesus Jimenez, individually, are liable, jointly and severally, in the amount of $31,300.00.

2. Plaintiff's counsel is awarded attorneys' fees and costs in the total amount of $7,165.00.

Entered: July 26, 2017

_____
The Honorable Amy J. St. Eve
United States District Court